IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSHUA DAVENPORT,

   Petitioner,

    v.

D. BRUCE LEE
WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-4149-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing the action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 22 day of May, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Davenport\r&r.wpd